A89A0767. THORNE v. PADGETT.
(392 SE2d 576)

DEEN, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Thorne v. Padgett,* 259 Ga. 650 (386 SE2d 155) (1989), our decision in *Thorne v. Padgett,* 191 Ga. App. 814 (383 SE2d 160) (1989), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Birdsong and Cooper, JJ., concur.*

DECIDED FEBRUARY 5, 1990.

*Lillian Moy, Vicky O. Kimbrell,* for appellant.
*Bips & Bips, R. Andrew Bips,* for appellee.